# CATHERINE M. BROWN, L.L.C.
P.O. BOX 9058
MORRISTOWN, NEW JERSEY 07963-9058
(973) 984-9300
FACSIMILE (973) 984-6590

E-MAIL: CMB.CERTCIVATTY@GMAIL.COM

CERTIFIED BY THE SUPREME COURT OF NEW JERSEY
AS A CIVIL & CRIMINAL TRIAL ATTORNEY

MEMBER NJ AND PA BARS

April 24, 2009

Hon. Freda L Wolfson, U.S.D.J.
United States District Court
402 E. State Street
Trenton, NJ 08608

Re: Casilla v. New Jersey State Prison
   Dkt. No. 3:05-cv-4590 (FLW)

Dear Judge Wofson:

The Court recently appointed me to represent Mr. Casilla in the above-captioned matter. Mr. Casilla speaks Spanish. I plan to visit him shortly and I will need an interpreter to speak with him. I understand there is a court fund to pay the expense of an interpreter if the expense is approved in advance.

I will use such interpreter as is recommended to me upon my contact with the appropriate court official, in accordance with such terms as may apply.

I ask the Court to approve the expense of an interpreter as is necessary to represent Mr. Casilla in this case.

I appreciate the Court's consideration.

Sincerely,

Catherine M. Brown, Esq.

SO ORDERED THIS 27th day of April, 2009

Hon. Freda L. Wolfson, U.S.D.J.